**JOHN SHILLITO CO v BASSLER, et**

Ohio Appeals, 1st Dist, Hamilton Co
Decided Dec 1, 1930

For full opinion see 176 NE 461; 38 Oh Ap 569 (Oh Bar 9-8-31).